UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD J. MUSCHONG, DARLENE J. MUDD, GROVER H. MUDD and RUTH A. ARNOLD, an individual

      Plaintiffs,

v.                                                                  Case No: 2:13-cv-705-FtM-38UAM

MILLENNIUM PHYSICIAN GROUP, LLC,

      Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the Defendant, Millennium Physician Group, LLC.'s Unopposed Motion to Stay or Abate Proceedings for Thirty (30) Days Pending Settlement Negotiations (Doc. #25) filed on January 9, 2014.  The Defendant states the Parties are trying to settle the matter through informal negotiations.  The Defendant believes the Parties may reach a settlement within thirty (30) days.  As such, the Defendant moves to stay the case for thirty (30) days to conserve the Courts time and resources and to lower the costs of litigation.

The Court may "exercise its inherent discretionary authority to stay cases ... in the interests of justice and efficiency." Craggs Const. Co. v. Fed. Ins. Co., 2007 WL 1452938, *2 (M.D. Fla. 2007).  Given the potential to reach a settlement and the fact

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

that the case is still in the very early stages of litigation, the Court finds good cause to grant the stay for thirty (30) days.

Accordingly, it is now

**ORDERED:**

The Defendant, Millennium Physician Group, LLC.'s Unopposed Motion to Stay or Abate Proceedings for Thirty (30) Days Pending Settlement Negotiations (Doc. #25) is **GRANTED**.

(1) The case will be **STAYED** up to and including **February 21, 2014**.

(2) The Parties are to inform the Court of any settlement agreements if and when a settlement is reached.

(3) The Clerk is directed to **CANCEL** the Preliminary Pretrial Conference currently set for February 7, 2014, and reschedule the conference for March 14, 2014.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of January, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record